IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANNY ALEXANDER, DERRELL HILTON
JAMES BATES, VEASTER TILLMAN, JR.                                   PLAINTIFFS

    vs                      4:07CV00536-WRW

RIVER VALLEY EXPRESS, INC.,
ZKH, LLC, HARRELL LEASING, INC.                                     DEFENDANTS

ORDER

Pending before the Court is the Plaintiffs' Motion to Dismiss With Prejudice. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED. Plaintiffs' Complaint against the Defendants is dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddism.wprejudice